659 A.2d 470

IN THE MATTER OF GERALDINE A. COPPOLA,
AN ATTORNEY AT LAW.

June 21, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **GERALDINE A. COPPOLA**

of **LIVINGSTON,** be temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that pursuant to *Rules* 1:20–3(b)(4) and 1:20–4(f)(2), **GERALDINE A. COPPOLA** is temporarily suspended from the practice of law pending final resolution of ethics proceedings against her, effective immediately and until further order of this Court; and it is further

ORDERED that **GERALDINE A. COPPOLA** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **GERALDINE A. COPPOLA** comply with *Rule* 1:20–20 dealing with suspended attorneys.